# Exhibit 1



**Pioneering Next Generation RFID**

*375 Totten Pond Road,*
*Waltham, MA 02451 USA*
*781-547-5680*

# Invoice

| Date | Invoice # |
|---|---|
| 3/6/2013 | 10-11-228 M |

**Bill To**

MAINtag
8, rue Edouard Vallerand
94100 St. Maur des Fosses
France

Tego Bank Information: Citizens Bank/Acct.
Name: Tego, Inc.    Acct. No. 1323052612
ABA routing no. 011500120
Swift Code: CTZIUS33

| P.O. No. | Terms |
|---|---|
| FBC03831 | Net 30 |

| Quantity | Description | Rate | Backordered | Prev. Invoiced | S.O. No. | Amount |
|---|---|---|---|---|---|---|
| 22,800 | TegoChip XL 8KB Industrial 4 wafers (#7 - #10) assuming 5700 chips/wafer | 6.38 | 0 | | | 145,464.00 |
| | less 2.5% wafer discount | -3,636.60 | | | | -3,636.60 |
| 34,200 | TegoChip XL 8KB Industrial 6 wafers (#11 - #16) assuming 5700 chips/wafer | 5.70 | 0 | | | 194,940.00 |
| | less 2.5% wafer discount | -4,873.50 | | | | -4,873.50 |
| 10 | Processing fee (either with or without gold bumping) for 10 wafers | 1,850.00 | 0 | | | 18,500.00 |
| 4 | Waffle packaging for chips | 1,000.00 | 0 | | | 4,000.00 |
| | Shipping to be charged separately to customer | 850.00 | 0 | | | 850.00 |
| | Customer responsible for all taxes and duties | | | | | |
| | *** Prices quoted assume purchase of 10 wafers; prices are valid either with or without gold bumping; payment terms 30% on order, 70% within 30 days after delivery *** | | | | | |

|  |  |
|---|---|
| **Subtotal** | USD 355,243.90 |
| **Payments/Credits** | USD -105,088.17 |
| **Balance Due** | USD 250,155.73 |

This invoice expressly limits acceptance to the terms and conditions on the face and subsequent page(s) hereof and supercedes all other previous agreements and buyer's purchase order.