# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAINTAG, INC., <br> a Delaware corporation, <br><br> Defendant. | CIVIL ACTION NO: <br> 1:13-cv-02241-TWT |

### RESPONSE OF PLAINTIFF TEGO, INC. IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

Plaintiff Tego, Inc. ("Plaintiff") respectfully opposes, and objects to, Defendant MAINtag, Inc.'s ("Defedant") Motion for Extension of Time (Dkt. 14) ("Defendant's Motion"). The Federal Rules of Civil Procedure do not provide authority for the requested extension, which would essentially serve to delay the commencement of the discovery period by at least another month, if not longer.[1] Fed. R. Civ. P. 12(a)(4)(a) clearly provides that the applicable time period for the filing of a defendant's responsive pleading after the denial of a Rule 12 motion to

---

[1] As Defendant correctly noted in Defendant's Motion, Plaintiff intends to timely oppose Defendant's Motion for Reconsideration (Dkt. 13) unless the Court denies it *sua sponte*.

dismiss. This Court's Order (Dkt. 12) denying Defendant's omnibus Rule 12 Motion to Dismiss (Dkt. 9) did not set a different time for Defendant to serve its responsive pleading. Additionally, Plaintiff objects to the language in Defendant's Motion and its Proposed Order (Dkt. 14-1) that Defendant is entitled to file something other than a responsive pleading after this Court's denial of its Rule 12 Motion to Dismiss. Fed. R. Civ. P. 12(g)(2), in conjunction with Fed. R. Civ. P. 12(a)(4)(a), instruct that such a "second bite at the apple" in delaying the filing of a responsive pleading is inappropriate. Therefore, while Defendant is certainly entitled to move for relief on any defenses it has not waived, such a motion can no longer obviate the need for it to file its Answer to the Complaint.

As a professional courtesy, Plaintiff has offered to extend the Answer deadline so long as Defendant agrees that such an extension will not delay the commencement of the discovery period. Defendant rejected this offer. Unfortunately, it appears that Defendant is intent on using all possible arrows in its quiver to attempt to delay paying Plaintiff the money it indisputably owes. Such gamesmanship should not be permitted.

Respectfully submitted, this <u>10th</u> day of October, 2013.

/s/ Eric S. Fisher

Eric S. Fisher
Georgia Bar No. 250428

efisher@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, South 400
Atlanta, GA  30339
(770) 434-6868 (telephone)

*Counsel for Plaintiff Tego, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAINTAG, INC., <br> a Delaware corporation, <br><br> Defendant. | CIVIL ACTION NO: <br> 1:13-cv-02241-TWT |

## CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel hereby certifies that the foregoing **RESPONSE OF PLAINTIFF TEGO, INC. IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

/s/ Eric S. Fisher
Eric S. Fisher
Georgia Bar No. 250428

## **CERTIFICATE OF SERVICE**

I certify that on this <u>10th</u> day of October a true and correct copy of the foregoing **RESPONSE OF PLAINTIFF TEGO, INC. IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Ronald B. Gaither
>SCHIFF HARDIN, LLP
>One Atlantic Center, Suite 2300
>1201 West Peachtree Street
>Atlanta, Georgia 30309
>(404) 437-7000
>rgaither@schiffhardin.com
>*Attorneys for Defendant MAINtag, Inc.*

>>/s/ Eric S. Fisher
>>Eric S. Fisher
>>Georgia Bar No. 250428