IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., a Delaware Corp. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-02241-TWT |
| | ) |
| MAINTAG, INC., a Delaware Corp. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant Maintag, Inc.'s Motion for Extension of Time, it is hereby GRANTED. Defendant Maintag, Inc.'s answer, motion or other response to the Complaint is due fifteen (15) days after the filing of this Court's Order on Defendant Maintag's Motion for Reconsideration of Defendant's 12(b)(3) Motion to Dismiss and Motion to Compel Arbitration and Stay this Action.

SO ORDERED this 10th day of October, 2013.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
Judge, United States District Court
Northern District of Georgia