IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., | |
| Plaintiff, | |
| v. | Case No. 1:13-cv-02241-TWT |
| MAINTAG, INC., | |
| Defendant. | |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure ("FRAP") 3 and 4, Defendant MainTag, Inc., through its undersigned counsel of record, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's September 26, 2013 Order denying Defendant's Motion to Dismiss under Rule 12(b)(3) for improper venue and to compel arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq. The FAA provides for an immediate appeal of orders denying arbitration in instances when a right to arbitration is claimed under the FAA. 9 U.S.C. § 16(a). Citing *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1251 (11th Cir.2004), this case should be stayed pending the outcome of the appeal.

Supreme Court and Eleventh Circuit precedent reveal that "[t]he filing of a notice of appeal is an event of jurisdictional significance" in that the appeal transfers jurisdiction over the aspects of the appeal from the district court to the court of appeals. *See Blinco*, 366 F.3d at 1251 (quoting *Griggs v. Provident Consumer Discount*, 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982)). The exclusive jurisdiction over a case that is granted to an appellate court upon the filing of an appeal "avoids the confusion that would result from the simultaneous jurisdiction of two courts over the same matter." *Showtime/The Movie Channel, Inc. v. Covered Bridge Condominium Assoc., Inc.*, 895 F.2d 711, 713 (11th Cir.1990) (citing *Griggs*, 459 U.S. at 58, 103 S.Ct. 400). In this vein, "a federal district court and a federal court of appeals [cannot] ... assert jurisdiction over a case simultaneously," particularly when the only issue on appeal is whether the case should be litigated at all. *See Blinco*, 366 F.3d at 1251 (quoting *Griggs*, 459 U.S. at 58, 103 S.Ct. 400).

Respectfully submitted, this 28th day of October, 2013.


[Signature on following page]

SCHIFF HARDIN LLP

By: _s/ Ronald B. Gaither_ _____
     Ronald B. Gaither
     Georgia Bar No. 282292

     One Atlantic Center, Suite 2300
     1201 West Peachtree Street
     Atlanta, Georgia 30309
     (404) 437-7000

*Attorneys for Maintag, Inc.*

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TEGO, INC.,

        Plaintiff,

v.                                Case No. 1:13-cv-02241-TWT

MAINTAG, INC.,

        Defendant.

## CERTIFICATE OF COMPLIANCE / SERVICE

In accordance with LR 7.1(D), NDGa., the undersigned counsel hereby certifies that the foregoing document was prepared in Times New Roman 14-point font, which is approved by the Court in Local Rule 5.1(B).

I further certify that on October 28, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system, a copy of which will be electronically served on the counsel of record below:

Eric S. Fisher
Taylor English Duma, LLC
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
efisher@taylorenglish.com

   *s/ Ronald B. Gaither*
Ronald B. Gaither

\\schifflaw.com\atl\USERS\MyDocs\rgaither\Documents\Maintag -- Notice of Appeal to 11th Circuit.doc