# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

October 28, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      **U.S.D.C. No.: 1:13-cv-2241-TWT**
      **U.S.C.A. No.: 00-00000-00**
      **In re:**       *Tego, Inc.,  v. MAINtag, Inc.*

    Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, docket sheet and Order appealed enclosed.** |
| | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| X | **Fee paid on 10/28/13; Receipt Number 113E-4857657.** |
| | Appellant has been  leave to file *in forma pauperis.* |
| | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| X | **The District Judge is Thomas W. Thrash, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

                                                    Sincerely,

                                                    James N. Hatten
                                                    District Court Executive
                                                    and Clerk of Court

                                          By:   /s/ Kimberly Carter
                                                   Deputy Clerk

Enclosures