4months,APPEAL,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:13−cv−02241−TWT
*Internal Use Only*

Tego, Inc. v. MAINtag, Inc.  
Assigned to: Judge Thomas W. Thrash, Jr  
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 07/03/2013  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Tego, Inc.**  
*a Delaware corporation*

represented by **Eric S. Fisher**  
Taylor English Duma LLP  
Suite 400  
1600 Parkwood Circle  
Atlanta, GA 30339  
770−434−6868  
Fax: 770−434−7376  
Email: efisher@taylorenglish.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MAINtag, Inc.**  
*a Delaware corporation*

represented by **Ronald Barrett Gaither , Jr.**  
Schiff Hardin, LLP−GA  
One Atlantic Center, Suite 2300  
1201 West Peachtree Street, N.W.  
Atlanta, GA 30309  
404−437−7000  
Fax: 404−437−7100  
Email: rgaither@schiffhardin.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/03/2013 | 1 | | COMPLAINT with Jury Demand filed by Tego, Inc. (Filing fee $400 receipt number 113E−4665421) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(dr) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 07/05/2013) |
| 07/05/2013 | 2 | | NOTICE by Tego, Inc. *Filing of Summons* (Attachments: # 1 Summons)(Fisher, Eric) (Entered: 07/05/2013) |
| 07/05/2013 | 3 | | Certificate of Interested Persons by Tego, Inc.. (Fisher, Eric) (Entered: 07/05/2013) |

| 07/08/2013 | 4 | | Electronic Summons Issued as to MAINtag, Inc. (dr) (Entered: 07/08/2013) |
|---|---|---|---|
| 07/10/2013 | 5 | | NOTICE Of Filing Proof of Service by Tego, Inc. *Summons In A Civil Action* (Attachments: # 1 Proof of Service)(Fisher, Eric) (Entered: 07/10/2013) |
| 07/10/2013 | 6 | | Return of Service Executed by Tego, Inc. MAINtag, Inc. served on 7/9/2013, answer due 7/30/2013. (dr) (Entered: 07/11/2013) |
| 07/18/2013 | | | Clerks Notation re 3 Certificate of Interested Persons, OK, per TWT. (ss) (Entered: 07/18/2013) |
| 07/29/2013 | 7 | | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by MAINtag, Inc.. (Attachments: # 1 Text of Proposed Order)(Gaither, Ronald) (Entered: 07/29/2013) |
| 07/30/2013 | 8 | | ORDER granting 7 Motion for Extension of Time to Answer, MAINtag, Inc. Answer due 8/12/2013. Signed by Judge Thomas W. Thrash, Jr on 7/30/2013. (ss) (Entered: 07/30/2013) |
| 08/12/2013 | 9 | | MOTION to Dismiss or In the Alternative, MOTION to Compel Arbitration and MOTION to Stay this Action with Brief In Support by MAINtag, Inc.. (Attachments: # 1 Brief, # 2 Exhibit A to Brief in Support, # 3 Exhibit B to Brief in Support, # 4 Exhibit C to Brief in Support, # 5 Exhibit D to Brief in Support, # 6 Exhibit E to Brief in Support)(Gaither, Ronald) . Added MOTION to Compel, MOTION to Stay on 8/13/2013 (fap). (Entered: 08/12/2013) |
| 08/28/2013 | 10 | | RESPONSE in Opposition re 9 MOTION to Dismiss, MOTION to Compel, MOTION to Stay , filed by Tego, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Fisher, Eric) Modified on 8/29/2013 (dr). (Entered: 08/28/2013) |
| 09/11/2013 | 11 | | REPLY BRIEF re 9 MOTION to Dismiss MOTION to Compel Arbitration MOTION to Stay filed by MAINtag, Inc.. (Attachments: # 1 Exhibit A)(Gaither, Ronald) (Entered: 09/11/2013) |
| 09/19/2013 | | | Submission of 9 MOTION to Dismiss, MOTION to Compel Arbitration, MOTION to Stay, submitted to District Judge Thomas W. Thrash. (dr) (Entered: 09/19/2013) |
| 09/26/2013 | 12 | 4 | ORDER denying 9 Motion to Dismiss ; denying 9 Motion to Compel ; denying 9 Motion to Stay. Signed by Judge Thomas W. Thrash, Jr on 9/25/2013. (ss) (Entered: 09/26/2013) |
| 10/03/2013 | 13 | | MOTION for Reconsideration re 12 Order on Motion to Dismiss, Order on Motion to Compel, Order on Motion to Stay with Brief In Support by MAINtag, Inc.. (Attachments: # 1 Brief)(Gaither, Ronald) (Entered: 10/03/2013) |
| 10/09/2013 | 14 | | MOTION for Extension of Time to File Answer re 1 Complaint, by MAINtag, Inc.. (Attachments: # 1 Text of Proposed Order)(Gaither, Ronald) (Entered: 10/09/2013) |
| 10/10/2013 | 15 | | RESPONSE in Opposition re 14 MOTION for Extension of Time to File Answer re 1 Complaint, filed by Tego, Inc.. (Fisher, Eric) (Entered: 10/10/2013) |

| | | | |
|---|---|---|---|
| 10/10/2013 | 16 | | ORDER granting 14 Motion for Extension of Time to Answer re 1 Complaint,, MAINtag, Inc. Answer due 15 days after the Court rules on Defendant's Motion for Reconsideration.. Signed by Judge Thomas W. Thrash, Jr on 10/10/2013. (ss) (Entered: 10/10/2013) |
| 10/11/2013 | 17 | | ORDER denying 13 Motion for Reconsideration. Signed by Judge Thomas W. Thrash, Jr on 10/10/2013. (ss) (Entered: 10/11/2013) |
| 10/28/2013 | 18 | 6 | NOTICE OF APPEAL as to 12 Order on Motion to Dismiss, Order on Motion to Compel, Order on Motion to Stay by MAINtag, Inc.. Filing fee $ 455, receipt number 113E−4857657. Transcript Order Form due on 11/12/2013 (Gaither, Ronald) (Entered: 10/28/2013) |
| 10/28/2013 | 19 | 10 | NOTICE Of Filing Appeal Transmission Letter by MAINtag, Inc., re: 18 Notice of Appeal. (kac) (Entered: 10/28/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MAINTAG, INC.,<br>a Delaware corporation,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-2241-TWT |

ORDER

This is an action for breach of contract. It is before the Court on the Defendant's Motion to Dismiss, Motion to Compel Arbitration and Motion to Stay [Doc. 9]. A complaint should be dismissed under Rule 12(b)(6) only where it appears that the facts alleged fail to state a "plausible" claim for relief. Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Fed. R. Civ. P. 12(b)(6). A complaint may survive a motion to dismiss for failure to state a claim, however, even if it is "improbable" that a plaintiff would be able to prove those facts; even if the possibility of recovery is extremely "remote and unlikely." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 556 (2007) (citations and quotations omitted). In ruling on a motion to dismiss, the court must accept factual allegations as true and construe them in the light most favorable

to the plaintiff. See Quality Foods de Centro America, S.A. v. Latin American Agribusiness Dev. Corp., S.A., 711 F.2d 989, 994-95 (11th Cir. 1983); see also Sanjuan v. American Bd. of Psychiatry and Neurology, Inc., 40 F.3d 247, 251 (7th Cir. 1994) (noting that at the pleading stage, the plaintiff "receives the benefit of imagination"). Generally, notice pleading is all that is required for a valid complaint. See Lombard's, Inc. v. Prince Mfg., Inc., 753 F.2d 974, 975 (11th Cir. 1985), cert. denied, 474 U.S. 1082 (1986). Under notice pleading, the plaintiff need only give the defendant fair notice of the plaintiff's claim and the grounds upon which it rests. See Erickson v. Pardus, 551 U.S. 89, 93 (2007) (citing Twombly, 550 U.S. at 555). The Court cannot determine from the pleadings whether this action is subject to arbitration or not. The Defendant's Motion to Dismiss, Motion to Compel Arbitration and Motion to Stay [Doc. 9] is DENIED.

SO ORDERED, this 25 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAINTAG, INC., <br><br> Defendant. | Case No. 1:13-cv-02241-TWT |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure ("FRAP") 3 and 4, Defendant MainTag, Inc., through its undersigned counsel of record, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's September 26, 2013 Order denying Defendant's Motion to Dismiss under Rule 12(b)(3) for improper venue and to compel arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq. The FAA provides for an immediate appeal of orders denying arbitration in instances when a right to arbitration is claimed under the FAA. 9 U.S.C. § 16(a). Citing *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1251 (11th Cir.2004), this case should be stayed pending the outcome of the appeal.

-1-

Supreme Court and Eleventh Circuit precedent reveal that "[t]he filing of a notice of appeal is an event of jurisdictional significance" in that the appeal transfers jurisdiction over the aspects of the appeal from the district court to the court of appeals. *See Blinco*, 366 F.3d at 1251 (quoting *Griggs v. Provident Consumer Discount*, 459 U.S. 56, 58, 103 S.Ct. 400, 74 L.Ed.2d 225 (1982)). The exclusive jurisdiction over a case that is granted to an appellate court upon the filing of an appeal "avoids the confusion that would result from the simultaneous jurisdiction of two courts over the same matter." *Showtime/The Movie Channel, Inc. v. Covered Bridge Condominium Assoc., Inc.*, 895 F.2d 711, 713 (11th Cir.1990) (citing *Griggs*, 459 U.S. at 58, 103 S.Ct. 400). In this vein, "a federal district court and a federal court of appeals [cannot] ... assert jurisdiction over a case simultaneously," particularly when the only issue on appeal is whether the case should be litigated at all. *See Blinco*, 366 F.3d at 1251 (quoting *Griggs*, 459 U.S. at 58, 103 S.Ct. 400).

Respectfully submitted, this 28th day of October, 2013.

[Signature on following page]

-3-

SCHIFF HARDIN LLP

By: *s/ Ronald B. Gaither*
    Ronald B. Gaither
    Georgia Bar No. 282292

    One Atlantic Center, Suite 2300
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    (404) 437-7000

*Attorneys for Maintag, Inc.*

IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAINTAG, INC., <br><br> Defendant. | Case No. 1:13-cv-02241-TWT |

**CERTIFICATE OF COMPLIANCE / SERVICE**

In accordance with LR 7.1(D), NDGa., the undersigned counsel hereby certifies that the foregoing document was prepared in Times New Roman 14-point font, which is approved by the Court in Local Rule 5.1(B).

I further certify that on October 28, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system, a copy of which will be electronically served on the counsel of record below:

Eric S. Fisher
Taylor English Duma, LLC
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
efisher@taylorenglish.com

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Ronald B. Gaither*
　　　　　　　　　　　　　　　　　　　　　　　　Ronald B. Gaither

\\schifflaw.com\atl\USERS\MyDocs\rgaither\Documents\Maintag -- Notice of Appeal to 11th Circuit.doc

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　　　　　　404-215-1655
AND **CLERK OF COURT**

October 28, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

　　　**U.S.D.C. No.: 1:13-cv-2241-TWT**
　　　**U.S.C.A. No.: 00-00000-00**
　　　In re:　　*Tego, Inc., v. MAINtag, Inc.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

X　**Certified copies of the Notice of Appeal, docket sheet and Order appealed enclosed.**

___　This is not the first notice of appeal. Other notices were filed on: .

X　**There is no transcript.**

___　The court reporter is .

___　There is sealed material as described below: .

___　Other: .

X　**Fee paid on 10/28/13; Receipt Number 113E-4857657.**

___　Appellant has been  leave to file *in forma pauperis*.

___　This is a bankruptcy appeal. The Bankruptcy Judge is .

___　The Magistrate Judge is .

X　**The District Judge is Thomas W. Thrash, Jr.**

___　This is a **DEATH PENALTY** appeal.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　　　　　　By:　/s/ Kimberly Carter
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures