# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | TRANSCRIPT ORDER INFORMATION |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Tego, Inc ___ vs MAINtag, Inc. ___
District Court No.: 1:13-CV-02241-TWT ___ Date Notice of Appeal Filed: 10/23/2013 ___ Court of Appeals No.: 13-14960-FF ___
(If Available)

CHOOSE ONE: ☒ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:* N/A

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | N/A | | |
| ☐ Trial | N/A | | |
| ☐ Sentence | N/A | | |
| ☐ Other | N/A | | |

**METHOD OF PAYMENT:** N/A

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: N/A
Name of Firm: N/A
Street Address/P.O. Box: N/A
City/State/Zip Code: N/A ___ Phone No.: N/A

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 11/12/2013 ___ SIGNED: Ronald B. Gaithers / by Samuel D. [Ahuron] / with express permission ___ Attorney for: MAINtag, Inc.

| PART II. | COURT REPORTER ACKNOWLEDGMENT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: ___
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: ___
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: ___ Estimated no. of transcript pages: ___ Estimated filing date: ___
DATE: ___ SIGNED: ___ Phone No.: ___

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): ___

Actual No. of Volumes and Hearing Dates: ___

Date: ___ Signature of Court Reporter: ___

Rev. 8/13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TEGO, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:13-cv-02241-TWT |
| MAINTAG, INC., | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2013, the foregoing Defendant MAINtag, Inc.'s **ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM** was electronically filed with the Clerk of the Court using CM/ECF filing system, a copy of which will be served on the counsel of record below:

> Eric S. Fisher
> Taylor English Duma, LLC
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339
> efisher@taylorenglish.com

> *s/ Ronald B. Gaither*
> Ronald B. Gaither

AT\8451969.1