# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., ) <br> a Massachusetts corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAINTAG, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO: <br> 1:13-cv-02241-TWT |

## **NOTICE OF APPEARANCE**

Pursuant to LR 83.1D(1), attorney Amy K. Weber of the law firm of Taylor English Duma LLP hereby appears as co-counsel on behalf of Plaintiff in this case.

Counsel's contact information for all notice purposes is as follows:

Amy K. Weber, Esq.
aweber@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, SE, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

Respectfully submitted, this 25th day of November, 2013.

/s/ Amy K. Weber
Eric S. Fisher
Georgia Bar No. 250428

efisher@taylorenglish.com
Amy K. Weber
Georgia Bar No. 773736
aweber@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, South 400
Atlanta, GA  30339
(770) 434-6868 (telephone)

*Counsel for Plaintiff Tego, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| TEGO, INC., a Massachusetts corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO: 1:13-cv-02241-TWT |
| MAINTAG, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel hereby certifies that the foregoing Notice of Appearance has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

/s/ Amy K. Weber
Amy K. Weber
Georgia Bar No. 773736

# CERTIFICATE OF SERVICE

I certify that on this 25th day of November, 2013, a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

>Ronald B. Gaither
>SCHIFF HARDIN, LLP
>One Atlantic Center, Suite 2300
>1201 West Peachtree Street
>Atlanta, Georgia 30309
>(404) 437-7000
>rgaither@schiffhardin.com
>*Attorneys for Defendant MAINtag, Inc.*

>/s/ Amy K. Weber
>Amy K. Weber
>Georgia Bar No. 773736