# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-14960-FF
Case Style: Tego, Inc. v. MainTag, Inc.
District Court Docket No: 1:13-cv-02241-TWT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-14960-FF

TEGO, INC., a Delaware corporation,

                      Plaintiff - Appellee,

versus

MAINTAG, INC., a Delaware corporation,

                      Defendant - Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

Before: TJOFLAT and MARTIN, Circuit Judges.

BY THE COURT:

Because we cannot determine whether the parties were in fact diverse, we *sua sponte* REMAND this case to the district court for the limited purpose of determining whether diversity jurisdiction exists. *See Fitzgerald v. Seaboard Sys. R.R., Inc.*, 760 F.2d 1249, 1251 (11th Cir. 1985); *Am. Motorists Ins. Co. v. Am. Emp'rs. Ins. Co.*, 600 F.2d 15, 16 (5th Cir. 1979). If the district court determines that complete diversity does not exist, it should vacate its order and dismiss the case for lack of subject matter jurisdiction, providing this Court with a copy of the judgment. Should the court determine that the parties are completely diverse, it should enter an order to that effect and return the record, as supplemented, to this Court for further proceedings.