# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., ) <br> a Delaware corporation, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAINTAG, INC., ) <br> a Delaware corporation, ) <br> ) <br>         Defendant. ) <br> _____ ) | CIVIL ACTION NO: <br> 1:13-cv-02241-TWT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Tego, Inc. ("Plaintiff") hereby files its Notice of Dismissal Without Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  Plaintiff shows that Defendant MAINtag, Inc. has not served "an answer or a motion for summary judgment." (Fed.R.Civ.P. 41(a)(1)(A)(i)).  Pursuant to Fed.R.Civ.P. 41(a)(1)(B), Plaintiff dismisses this case without prejudice.

Respectfully submitted, this 24th day of January, 2014.

/s/ Eric S. Fisher
Eric S. Fisher
Georgia Bar No. 250428
efisher@taylorenglish.com
Amy K. Weber
Georgia Bar No. 773736

        aweber@taylorenglish.com
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, South 400
        Atlanta, GA  30339
        (770) 434-6868 (telephone)

        ***Counsel for Plaintiff Tego, Inc.***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEGO, INC., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINTAG, INC., a Delaware corporation, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO:<br>1:13-cv-02241-TWT |

## CERTIFICATION OF FONT TYPE AND SIZE

The undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

/s/ Eric S. Fisher
Eric S. Fisher
Georgia Bar No. 250428

## **CERTIFICATE OF SERVICE**

I certify that on this <u>24th</u> day of January, 2014, a true and correct copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

> Ronald B. Gaither
> SCHIFF HARDIN, LLP
> One Atlantic Center, Suite 2300
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> (404) 437-7000
> rgaither@schiffhardin.com
> *Attorneys for Defendant MAINtag, Inc.*

>> /s/ Eric S. Fisher
>> Eric S. Fisher
>> Georgia Bar No. 250428